UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 APR 13 PM 12: 22

CLERK _A Laikowsky_
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
v. ) INDICTMENT NO.: CR116-024
)
JOHN WILLIAMS, )
ANTONIO BINNS, and )
JUSTIN WASHINGTON, )
)
Defendants. )

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Indictment, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefor, the investigation and arrests of Defendant will not be compromised by unsealing said documents and that such documents with be provided to counsel for Defendants, it is,

**ORDERED** that the Government's motion is GRANTED. The Indictment, returned by the Grand Jury for the Southern District of Georgia on or about April 7, 2016 in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this _13th_ day of April, 2016.

_____
HON. BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE