IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-24 |
| | ) | |
| JOHN WILLIAMS | ) | |

_____

ORDER

_____

The Court **GRANTS** Defendant John Williams' Motion to Modify and hereby modifies its Order of April 13, 2016 (doc. no. 16) by removing the requirement that Mr. Williams contribute $500 monthly for costs and fees of his defense. The Court does so in reliance on Defendant's representation he is no longer employed. Defendant shall notify the Court and complete a new affidavit within seven days of obtaining employment

SO ORDERED this 3rd day of May, 2016, at Augusta, Georgia.

_____

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA